

AUSA Rebekah Holman (312) 469-6233

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INNA CHEBANENKO | Case No.: **18 CR 50**<br><br>Magistrate Judge M. David Weisman |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, RAYMOND STRAIN, personally appearing before United States Magistrate Judge M. David Weisman and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that INNA CHEBANENKO has been charged by Complaint in the Eastern District of New York with the following criminal offense: conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349.

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

RAYMOND STRAIN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 25th day of January, 2018.

M. DAVID WEISMAN
United States Magistrate Judge

FILED

JAN 25 2018

M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

MKM:GKS
F. #2016R01074

18M062

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

INNA CHEBANENKO,
ANDRII GERASYMENKO and
GEORGY ZAKALYUGIN,
    also known as "George Zakalyugin,"

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Request to Be Filed Under Seal**

COMPLAINT IN SUPPORT
OF APPLICATION FOR
ARREST WARRANT

(18 U.S.C. § 1349)

EASTERN DISTRICT OF NEW YORK, SS:

      MICHAEL P. MULLAHY, being duly sworn, deposes and states: I am a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      In or about and between 2013 and 2016, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants INNA CHEBANENKO, ANDRII GERASYMENKO and GEORGY ZAKALYUGIN, also known as "George Zakalyugin," together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud GS, DE and TKL, individuals whose identities are known to the United States Attorney, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and caused to be transmitted by means of

2

wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, contrary to Title 18, United States Code, Section 1343.

(Title 18, United States Code, Section 1349)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving the interstate sale of stolen motor vehicles, conspiracy to counterfeit and sell state securities, specifically motor vehicle titles, and conspiracy to commit mail and wire fraud. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. The investigation has revealed the participation of the defendants INNA CHEBANENKO, ANDRII GERASYMENKO and GEORGY ZAKALYUGIN (collectively, "the defendants"), together with others, in a conspiracy to sell vehicles with "salvage" or "rebuilt vehicle" titles to unsuspecting purchasers in Brooklyn, New York. Based on my training and experience, a vehicle is given a "salvage" title when it has been destroyed or receives substantial damage in, for example, an accident.[2] The "salvage" status

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] Although state-by-state definitions vary, the New York State Department of Motor Vehicles, for example, specifies that a vehicle must receive a "salvage" title if the vehicle is eight model-years old or newer and was either destroyed or received damage to 75% or more of the retail value of the vehicle at the time the damage occurred. See https://dmv.ny.gov/registration/about-salvage-branding.

3

of a vehicle is often reflected by a "salvage" or "rebuilt vehicle" brand on the title of the vehicle. One purpose of the "salvage" brand is to alert potential purchasers of the vehicle of its "salvage" status. Based on my training and experience, the resale value of a vehicle of a given model year with a "salvage" title is often a fraction of the resale value of a comparable car without a "salvage" title.

### Overview of the Scheme

3. The investigation has revealed that the defendants, together with others, engaged in a scheme to obtain fraudulent motor vehicle titles in Indiana and that the vehicles were later sold to unsuspecting buyers in, among other locations, Brooklyn, New York. The defendants controlled used car dealerships in Indiana and Illinois.[3] Using these businesses, the defendants submitted paperwork to obtain Indiana motor vehicle titles. The titles they sought indicated that the car is a "rebuilt vehicle"—a salvage car which has been repaired.[4] The paperwork included an affidavit purportedly signed by an Indiana law enforcement officer stating that the officer has examined the vehicle and it is the vehicle claimed in the title and sale paperwork. A review of law enforcement databases and inquiries made to Indiana law enforcement authorities revealed that the Indiana law enforcement officers who purportedly signed the title and sale paperwork do not exist. As set forth in more detail below, there is probable cause to believe that the co-conspirators submitted fraudulent

---

[3] The dealerships were incorporated in Indiana, but, as described in further detail below, maintained mailing addresses in Illinois and are believed to maintain their operations in Illinois.

[4] In Indiana, a "rebuilt vehicle" is one that has been restored, personally inspected by a law enforcement officer and conforms to Indiana Code 9-22-3.

paperwork and impersonated or used fictitious Indiana law enforcement officers to accomplish the fraud.

  4. After the fraudulent paperwork is submitted, the Indiana Bureau of Motor Vehicles typically issued a "rebuilt vehicle" title for the vehicle. One or more other co-conspirators purportedly purchased the vehicles and then listed the vehicles on Craigslist, an online marketplace, for sale or used other means to solicit potential purchasers. The co-conspirators, however, concealed the "rebuilt vehicle" designation from the third-party purchaser by, among other means, placing an automobile auction sticker over the "rebuilt vehicle" brand on the title. When the third-party purchaser would take the vehicle title to a New York State Department of Motor Vehicles office, he or she was typically able to register the vehicle and the "rebuilt vehicle" title was not discovered until the title documents were more thoroughly examined by Department of Motor vehicles employees weeks later. The third-party purchasers would then find themselves in possession of a vehicle with value that was a fraction of the value-as-represented at the time of sale and they thus incurred a substantial loss through fraud.

## Entities Controlled By the Defendants

  5. Investigators have reviewed documents submitted by the defendants to the Indiana Bureau of Motor Vehicles for purposes of obtaining vehicle titles fraudulently. These documents revealed the following about used car dealerships controlled by each of the defendants.

5

6. The defendant INNA CHEBANENKO is a principal of a dealership known as Amazing Rides LLC. On documents submitted to the Indiana Bureau of Motor Vehicles, CHEBANENKO listed an address for the entity in Merrillville, Indiana and a "Special Mailing Address" in Melrose Park, Illinois.

7. The defendant ANDRII GERASYMENKO is a principal of a dealership known as Gold Stars LLC. On documents submitted to the Indiana Bureau of Motor Vehicles, GERASYMENKO listed an address for the entity in Merrillville, Indiana and a "Special Mailing Address" in Melrose Park, Illinois. The Merillville, Indiana addresses for Gold Stars LLC is the same as that for Amazing Rides LLC (CHEBANENKO's entity) except that the suite numbers are different. The Melrose Park, Illinois addresses for both Gold Stars LLC and Amazing Rides LLC are identical.

8. The defendant GEORGY ZAKALYUGIN is a principal of a dealership known as Luxury Rides LLC. On documents submitted to the Indiana Bureau of Motor Vehicles, ZAKALYUGIN listed an address for the entity in Fort Wayne, Indiana and a "Special Mailing Address" in Melrose Park, Illinois. The Melrose Park, Illinois address for Luxury Rides LLC is identical to the address for Gold Stars LLC and Amazing Rides LLC.

### Examples of Fraudulent Activity

9. As part of the investigation, investigators have interviewed multiple victims who purchased cars from the co-conspirators within the Eastern District of New York and elsewhere only to discover later that the car they had purchased had a fraudulent

vehicle title. The following examples pertain to three known victims of the fraudulent scheme.

### GEORGY ZAKALYUGIN (Luxury Rides LLC)

10. In mid-2017, investigators interviewed a victim ("DE"), who purchased a used Audi A6 from a co-conspirator in Brooklyn, New York in the spring of 2013. DE reported finding the vehicle through Craigslist and that it was offered for $8,500. DE purchased the car for $8,600 in cash. There did not appear to be a "rebuilt vehicle" brand on the face of the title. DE registered the Audi A6 in New York in April 2013 and learned that it was a "salvage" or "rebuilt vehicle" only after submitting the registration paperwork to the New York State Department of Motor Vehicles. DE has indicated that he did not know that the car was a "salvage" car and that DE would not have purchased the car had DE known.

Case: 1:18-cr-00050 Document #: 1 Filed: 01/25/18 Page 8 of 16 PageID #:8

7

11. Documents obtained from the Indiana Bureau of Motor Vehicles and other sources reflect the fraudulent paperwork submitted as part of the scheme by, among others, the defendant GEORGY ZAKALYUGIN to defraud DE. On or about February 27, 2013, Luxury Rides LLC purchased the Audi A6 from a Delaware entity believed to be controlled by a co-conspirator. On or about March 7, 2013, Luxury Rides LLC, with ZAKALYUGIN signing, executed an Indiana "Affidavit of Restoration of a Salvage Motor Vehicle" form that, based on my training and experience, is typically used to indicate that a "salvage" car has been restored to an operational condition. The form reflected work on the fender, hood and head lamps of the Audi A6.[5] The form further contained the following certification purportedly made by an Indiana law enforcement officer:

| I hereby certify that I am a law enforcement officer of the state of Indiana and I have personally examined the above vehicle, major component parts and ownership documents. The salvage restoration conforms to Indiana Code §9-22-3. I understand making a false statement may constitute the crime of perjury. | | | | |
|---|---|---|---|---|
| IDACS/NCIC Check Required. Date Performed (mm/dd/yyyy) 03.07.2013 | Comments NONE | | | |
| Signature of Officer | Printed Name Anthony Burgos | Title Trooper | | Badge Number 5725 |
| Police Department ISP | City Lowell | | State IN | ZIP Code 46356 |

The Indiana State Police have confirmed that this purported "Trooper" is neither a current nor former member of the Indiana State Police. Agents thus believe that ZAKALYUGIN and his co-conspirators submitted fraudulent documents and impersonated or used fictitious Indiana law enforcement officers as part of their fraudulent scheme to obtain valid Indiana "rebuilt vehicle" titles for vehicles.

---

[5] The restoration work is purportedly performed by Roselle's Auto Service, which is controlled by CO-CONSPIRATOR 1.

8

12. Luxury Rides LLC then submitted an Indiana Application for Certificate of Title, which resulted in the issuance of an Indiana state title for the Audi A6 with a "rebuilt vehicle" brand on the title document. This was the title document provided to DE in connection with the sale. The chain of title showing the transfer of the car from Luxury Rides LLC back to the co-conspirator's Delaware entity was signed by the defendant INNA CHEBANENKO on behalf of Luxury Rides LLC, demonstrating her connection with co-conspirator ZAKALYUGIN and others.

13. As part of the process of registering the vehicle in New York, DE submitted the Indiana title to the New York State Department of Motor Vehicles. The top of the Indiana title submitted appeared as follows:



14. Once investigators examined the title more closely using a backlight, they discovered the following "rebuilt vehicle" brand under the sticker on the right-hand side of the title:



This image shows that the co-conspirators placed an automobile auction sticker over the "rebuilt vehicle" brand on the Indiana title for the Audi A6. Based on my training and experience, this is evidence of knowing and willful alteration of the motor vehicle title and a successful attempt to conceal the brand on the title. Further, based on my training and experience, your affiant believes that the purpose of such concealment was to increase the sale price of the vehicle to a purchaser such as DE and thus defraud DE.

### ANDRII GERASYMENKO (Gold Stars LLC)

15. In early 2017, investigators interviewed a victim ("GS"), who purchased a used 2007 Toyota Prius from a co-conspirator in Brooklyn in late 2014. According to GS, in sum and substance, GS saw an advertisement for the 2007 Prius on Craigslist. GS purchased the car for $4,000. GS was not told by the co-conspirator that the car was a "salvage" vehicle.

16. Documents obtained from the Indiana Bureau of Motor Vehicles and other sources reflect the fraudulent paperwork submitted as part of the scheme to defraud GS. In mid-2014, Gold Stars LLC purchased the Prius from the same Delaware entity discussed above. The title reassignment was signed by the defendant ANDRII GERASYMENKO. On or about August 26, 2014, Gold Stars LLC executed an Indiana "Affidavit of Restoration of a Salvage Motor Vehicle" form with the signature of GERASYMENKO. The form reflected work on the head and tail lamps of the 2007 Prius. The form further contained a certification from the same Indiana law enforcement officer referenced above. Indiana State Police have confirmed that this purported "Trooper" is neither a current nor former member of the Indiana State Police.[6] There is thus probable cause to believe that GERASYMENKO submitted fraudulent documents and impersonated or used fictitious Indiana law enforcement officers as part of their fraudulent scheme to obtain valid Indiana "rebuilt vehicle" titles.

17. Gold Stars LLC then submitted an Indiana Application for Certificate of Title, which resulted in the issuance of an Indiana state title for the Prius with a "rebuilt vehicle" brand on the title document. This title document was provided to GS in connection

---

[6] The name "Anthony Burgos" appeared on both affidavits. However, the affidavit pertaining to the 2007 Prius has a different badge number and address for this trooper. Based on my training and experience, the use by different co-conspirators of the same fictitious or non-existent trooper while changing a few personal identifiers is strongly indicative of knowing fraudulent conduct. As discussed below, CHEBANENKO (Amazing Rides LLC) also submitted a fraudulent certification from trooper "Anthony Burgos" in connection with another vehicle. Thus, all three defendants impersonated or used the name of a fictitious Indiana law enforcement officer in furtherance of the scheme. Based on my training and experience, this behavior is strongly indicative of knowing and intentional participation in the conspiracy.

with the sale and GS used the Indiana title to register the Prius in New York. The Indiana title submitted by GS to New York has a similar automobile auction sticker covering the "rebuilt vehicle" designation.

### INNA CHEBANENKO (Amazing Rides LLC)

18. In late 2016, investigators interviewed a victim ("TKL"), a Staten Island resident, who purchased a 2007 Lexus ES350 from a co-conspirator in late 2014. The deal was, in part, arranged by telephone and involved TKL's travel to New Jersey to purchase the vehicle. TKL was assured that the vehicle was not a "salvage" vehicle.

19. Documents obtained from the Indiana Bureau of Motor Vehicles and other sources reflect the fraudulent paperwork submitted as part of the scheme to defraud TKL. The pattern was the same as the previous two examples. Amazing Rides LLC purchased the Lexus ES350 from the Delaware entity referred to above on or about April 2, 2014. On or about April 14, 2014, Amazing Rides LLC executed an Indiana "Affidavit of Restoration of a Salvage Motor Vehicle" with the defendant INNA CHEBANENKO's signature. The form further contained a certification from the same non-existent Indiana law enforcement officer referenced above. There is thus probable cause to believe that CHEBANENKO submitted fraudulent documents and impersonated or used fictitious Indiana law enforcement officers as part of the fraudulent scheme to obtain valid Indiana "rebuilt vehicle" titles for vehicles. Amazing Rides LLC obtained a title from the Indiana Bureau of Motor Vehicles that was then transferred to TKL as part of the sale. The Indiana

title submitted by TKL to New York had a similar automobile auction sticker covering the "rebuilt vehicle" designation as the titles previously discussed.

20. In the Indiana applications for title documents referenced above, Luxury Rides LLC (ZAKALYUGIN), Gold Stars LLC (GERASYMENKO) and Amazing Rides LLC (CHEBANENKO) each listed a business address in Indiana and a "Special Mailing Address" in Melrose Park, Illinois. The Melrose Park, Illinois address used by all three dealerships is the same, which, based on my training and experience, indicates the co-conspirators' awareness of each other and coordinated use of the same addresses to carry out the fraudulent scheme.

21. A review of telephone records also shows that ZAKALYUGIN/Luxury Rides LLC, GERASYMENKO/Gold Stars LLC and CHEBANENKO/Amazing Rides LLC were in frequent contact with each other and additional co-conspirators from at least 2014 into 2016. Investigators have also discovered evidence of interstate mailings between CHEBANENKO (using the Melrose Park, IL address) and a Brooklyn-based co-conspirator in 2015.

22. Further, investigators obtained exemplars of the defendants' signatures from, among other sources, their Illinois drivers' licenses. A comparison of the exemplar signatures with the defendants' respective signatures on the Indiana Bureau of Motor Vehicles forms described above has revealed that the signatures are a close match.

23. Investigators have identified approximately 2600 Indiana motor vehicle titles that firms associated with the co-conspirators have applied for. Investigators sampled

more than 200 of those vehicles and each was a "salvage" car that was later given a "rebuilt vehicle" title. Approximately 70% of the sampled titles were obtained using a forged police officer certification. Investigators examined approximately 40 such "rebuilt vehicle" titles that were submitted to the New York State Department of Motor Vehicles and all were fraudulently obtained. The earliest New York State registrations for these "rebuilt vehicles" were in early 2013.

WHEREFORE, your deponent respectfully requests that the defendants INNA CHEBANENKO, ANDRII GERASYMENKO and GEORGY ZAKALYUGIN, also known as "George Zakalyugin," be dealt with according to law.

Your deponent further requests that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrants. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet. Therefore, premature disclosure of the contents of this affidavit and related documents will

seriously jeopardize the investigation, including by giving the target an opportunity to flee, destroy or tamper with evidence and change patterns of behavior.

_____
MICHAEL P. MULLAHY
Special Agent, Federal Bureau of Investigation

Sworn to before me this
23rd day of January, 2018

_____
THE HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>INNA CHEBANENKO,<br><br>*Defendant* | ) ) ) ) ) ) ) Case No.<br><br>**18M062** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **INNA CHEBANENKO**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. Sec. 1349

Date: 01/23/2018

*Issuing officer's signature*

City and state: BROOKLYN, NY

HON. VIKTOR V. POHORELSKY, USMJ
*Printed name and title*

**Return**

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |